In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00571-CR


____________________



JOHNNIE SEGEADA, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 08-05215






 MEMORANDUM OPINION


 On November 30, 2009, the trial court sentenced Johnnie Segeada on a conviction for
robbery. Segeada filed a notice of appeal on December 17, 2009. The trial court entered a
certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The
district clerk has provided the trial court's certification to the Court of Appeals. On
December 21, 2009, we notified the parties that we would dismiss the appeal unless the
appellant established grounds for continuing the appeal. No response has been filed. 
Because the record does not contain a certification that shows the defendant has the right of
appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we dismiss
the appeal.

 APPEAL DISMISSED. 


 __________________________________

 HOLLIS HORTON

 Justice 

Opinion Delivered January 20, 2010

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.